```
          UNITED STATES DISTRICT COURT
           DISTRICT OF NEW HAMPSHIRE
```

<u>Wayne J. Jewell</u>

    v.                                        Civil No. 11-cv-324-SM

<u>United States of America</u>

<u>O R D E R</u>

On December 16, 2011, a preliminary pretrial conference was held in this case. Wayne J. Jewell appeared on his own behalf; Attorney Gretchen Leah Witt appeared for defendant United States. The court approves defendant's Proposed Discovery Plan (document no. 14) with certain amendments as outlined herein:

> **Interrogatories**: A maximum of 25 interrogatories by each party to any other party.
>
> **Requests for Admission**: A maximum of 35 requests by each party to any other party.
>
> **Depositions**: A maximum number of 10 (non-expert) depositions by plaintiff and 10 (non-expert) by defendant. Each deposition is limited to a maximum total of 7 hours per witness.

The key deadlines in the discovery order are contained in the chart below.

| Scheduling Designation | Deadline |
|---|---|
| **Mandatory Disclosures** | January 2, 2012 |
| **Demand** | July 16, 2012 |
| **Offer:** | August 16, 2012 |
| **Completion of Discovery** | September 26, 2012 |
| **Experts and Experts' Written Reports** | Plaintiff: July 1, 2012<br>Defendant: September 1, 2012 |
| • **Experts' Rebuttal Reports** | Plaintiff: October 1, 2012<br>Defendant: November 1, 2012 |
| **Challenges to Expert Testimony** | December 8, 2012 |
| **Joinder of Additional Parties** | Plaintiff: April 16, 2012<br>Defendant: June 18, 2012 |
| **Third-Party Actions** | May 16, 2012 |
| **Disclosure Against Unnamed Parties** | May 16, 2012 |
| **Amendment of Pleadings** | Plaintiff: April 16, 2012<br>Defendant: June 18, 2012 |
| **Joint Mediation Statement** | August 16, 2012 |
| **Dispositive Motions** | Dismiss: March 14, 2012<br>Summary Judgment: September 26, 2012 |
| **Trial Date (Bench)** | Two-week period beginning January 23, 2013 |

SO ORDERED.

_____
Landya B. McCafferty
United States Magistrate Judge

December 19, 2011

cc:  Wayne J. Jewell, pro se
     Gretchen Leah Witt, Esq.