UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Wayne J. Jewell</u>

v.                                                    Case No. 11-cv-324-SM

<u>United States of America</u>

**J U D G M E N T**

In accordance with the Order of Judge Steven J. McAuliffe entered on February 22, 2013, granting the defendant's Motion for Summary Judgment, judgment is hereby entered.

By the Court,

/s/ James R. Starr
_____
James R. Starr
Clerk of Court

Date: February 25, 2013

cc:   Wayne J. Jewell, pro se
      T. David Plourde, AUSA