UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

***********************************************

WAYNE J. JEWELL

    Plaintiff,

vs.

UNITED STATES

    Defendant.

***********************************************

CIVIL ACTION NO.
11-cv-324-SM

## NOTICE OF APPEAL

The plaintiff, **WAYNE J. JEWELL** ("Jewell") hereby appeals to the Court of Appeals for the First Circuit from the following:

ENDORSED ORDER denying [39] Motion for Reconsideration and Identification of Medical Expert Re: [37] Order. *Text of Order: Denied, for the reasons given in the government's memorandum in opposition.* So Ordered by Judge Steven J. McAuliffe.(jab)

Signed May 10, 2011.    **WAYNE J. JEWELL, PLAINTIFF**

                                */s/ Wayne J. Jewell*
                                **WAYNE J. JEWELL**
                                33 Highland Street, Apt. 36
                                E. Rochester, NH 03868-8535
                                (603) 332-8271

**WAYNE J. JEWELL**
33 HIGHLAND STREET, APT. 36
E. ROCHESTER, NH 03868.
(603) 332-8271

May 10, 2013

Office of the Clerk, Room 110
United States District Court
For the District of New Hampshire
Concord, New Hampshire 03301-3941

       Re: Jewell v. United States
       Docket No 11-00324

Dear Office of the Clerk:

  Enclosed is Jewell's Appeal from the following:

<u>Notice of Electronic Filing</u>
The following transaction was entered on 4/17/2013 at 2:46 PM EDT and filed on 4/17/2013

ENDORSED ORDER denying [39] Motion for Reconsideration and Identification of Medical Expert Re: [37] Order. *Text of Order: Denied, for the reasons given in the government's memorandum in opposition.* So Ordered by Judge Steven J. McAuliffe.(jab)

       Sincerely,

       */s/ Wayne J. Jewell*
       Wayne J. Jewell