# United States Court of Appeals
## For the First Circuit

No. 13-1655

WAYNE J. JEWELL

Plaintiff - Appellant

v.

UNITED STATES

Defendant - Appellee

**MANDATE**

Entered: January 24, 2014

In accordance with the judgment of December 2, 2013, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

/s/ Margaret Carter, Clerk


cc:
Seth R. Aframe
Wayne J. Jewell
T. David Plourde